JAMES BOLOGNINO, JR., Respondent, v. ANHEUSER-BUSCH, INCORPORATED, et al., Appellants, et al., Defendants. STELLA BOLOGNINO, Respondent, v. ANHEUSER-BUSCH, INCORPORATED, et al., Appellants, et al., Defendants.—

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.